ACCEPTED
15-25-00061-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 3:09 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00061-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 3:09:10 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS**
**FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS**
**AT AUSTIN, TEXAS**

**FRANCESCA OKONKWO, ADMINISTRATIVE LAW JUDGE, TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN HER OFFICIAL CAPACITY AND FORT BEND COUNTY.**

Appellants

**VS.**

**JOSHUA DAVID HEILIGER, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF LAUREN BRITANNE SMITH, DECEASED AND ON BEHALF OF DEATH BENEFITS BENEFICIARIES JOSHUA DAVID HEILIGER AND EMMA DESTINY HEILIGER AND GREATER HOUSTON PSYCHIATRIC ASSOCIATES, PLLC**

Appellees.

**ON APPEAL ORIGINALLY FROM THE 11TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS CAUSE NO. 2024-78536; HONORABLE KRISTEN BRAUCHLE HAWKINS**

**APPELLEE'S FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellee, Joshua David Heiliger, individually, and on behalf of the estate of Lauren Britanne Smith, deceased, and on behalf of death benefits beneficiaries Joshua David Heiliger and Emma Destiny Heiliger, requesting the Court to extend time to file its Appellee's Brief and would respectfully show the Court as follows:

## REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

1. Appellee's Brief in this matter is currently due on or before July 3, 2025. Counsel for Appellee respectfully requests a 60-day extension to complete this brief, until Monday, September 1, 2025.

2. No party is opposed to this motion.

3. Appellee's counsel needs additional time to file its brief as the original twenty-day timeline will be insufficient to research and draft Appellee's Brief. As additional cause for this extension, Plaintiff's counsel has a myriad of scheduled hearings in District Court cases, mediations and expert depositions, as well as 200+ commercial property tax protest hearings scheduled during the month of June and July, in multiple counties, around the Austin, Houston, and Dallas areas which also require travel.

4. Additionally, this Court has also requested responsive briefing in an original Writ of Mandamus proceeding involving the same parties pending before the Court, filed by Appellant Fort Bend County, under Cause No. 15-25-00102. Appellee's brief in the related matter is also due to this Court on or before July 3, 2025.[1]

5. Appellant Francesca Okonkwo, and Appellee Greater Houston Psychiatric Associates, PLLC, indicated via counsel, they were unopposed to this motion. Appellant Fort Bend County agreed to this motion for extension but only agreed to a 45-day extension.

6. The Court has authority under Texas Rules of Appellate Procedure, Rule 38.6(d) to extend the time to file Appellee's responsive brief.

7. This is Appellee Heiliger's first motion for extension to file its brief.

---

[1] Appellee will also be requesting a 20-day extension to file its responsive Brief in Cause No. 15-25-00102.

8.     Appellee respectfully requests a 60-day extension to the filing of its Brief in this cause from July 3, 2025, to September 1, 2025.

9.     This motion is not sought for the sole purpose of delay, but to allow counsel sufficient time to adequately finalize and file Appellee's responsive brief to fully address the issues raised in the instant appeal by Appellants' in their separate briefs submitted to this Court and the Petition for Writ of Mandamus filed by Fort Bend County in a separate original proceeding involving the same parties.

**PRAYER**

10.     ACCORDINGLY, Appellee, Joshua David Heiliger, Individually, And On Behalf Of The Estate Of Lauren Britanne Smith, Deceased And On Behalf Of Death Benefits Beneficiaries Joshua David Heiliger And Emma Destiny Heiliger respectfully request the Court to grant its First Unopposed Motion to Extend Time to File Appellee's Brief and the deadline to be September 1, 2025.

Respectfully Submitted,

*/s/ Russell L. Morris*
Russell L. Morris
State Bar No. 24099150
Pablo A. Franco
State Bar No. 24121625
MCBRYDE FRANCO, PLLC
11000 Richmond Avenue, Suite 350
Houston, TX 77042
(713) 223-7699
(512) 691-9072 [facsimile]
serv.russell@mf-txlaw.com


**ATTORNEYS FOR APPELLEE**
**JOSHUA DAVID HEILIGER, ET AL.**

**CERTIFICATE OF CONFERENCE**

I certify that I have conferred with counsel of record, Lisa Teachey, James Brazell, and LaVergne Chang, on or about June 17, 2025, through email exchange. Fort Bend County agreed to a 45-day extension, whereas Appellant Okonkwo and Appellee Greater Houston Psychiatric Association stated they were unopposed with the motion.


*/s/ Russell Morris*
Russell Morris

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's electronic Filing System and/or email, pursuant to Rule 21a of the Texas Rules of Civil Procedure on June 23, 2025.

**VIA EFILE/ESERVE**
Dean G. Pappas
State Bar No. 15454375
dpappas@dgplawfirm.com
Mary M. Markantonis
State Bar No.12986800
mmarkantonis@dgplawfirm.com
Lisa M. Teachey
State Bar No. 24056416
lteachey@dgplawfirm.com
Marilyn J. Allen
State Bar No. 24025225
mallen@dgplawfirm.com
8588 Katy Freeway, Suite 100
Houston, Texas 77024
713-914-6200-Telephone
713-914-6201-Facsimile

**ATTORNEY FOR INTERVENOR**
**FORT BEND COUNTY**

**VIA EFILE/ESERVE**

| | |
|---|---|
| James Z. Brazell | Sherlyn Harper |
| State Bar No. 02930100 | State Bar No. 24093176 |
| Assistant Attorney General | Assistant Attorney General |
| Administrative Law Division | Administrative Law Division |
| Office Of The Attorney General Of Texas | Office Of The Attorney General Of Texas |
| P.O. Box 12548, Capitol Station | 808 Travis Street, #1520 |
| Austin, Texas 78711-2548 | Houston, Texas 77002 |
| Telephone: (512) 475-3204 | Telephone: (713) 225-8913 |
| Facsimile: (512) 320-0167 | Facsimile: (512) 320-0167 |
| James.Brazell@oag.texas.gov | sherlyn.harper@oag.texas.gov |

**ATTORNEYS FOR RESPONDENT,**
**FRANCISCA OKONKWO, ADMINISTRATIVE LAW JUDGE, TEXAS**
**DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION, IN**
**HER OFFICIAL AND INDIVIDUAL CAPACITIES**

**VIA EFILE/ESERVE**
LaVerne Chang
State Bar No. 00783819
chang@cardwellchang.com
Cardwell & Chang, PLLC
511 Lovett Blvd.
Houston, TX 77006
Telephone: 713-222-6025
Facsimile: 713-222-0938

**ATTORNEYS FOR RESPONDENT,
GREATER HOUSTON PSYCHIATRIC
ASSOCIATES, PLLC**

*/s/ Russell L. Morris*
Russell L. Morris

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shauna O'Brien on behalf of Russell Morris
Bar No. 24099150
shauna@mf-txlaw.com
Envelope ID: 102313611
Filing Code Description: Motion
Filing Description: Appellees First Unopposed Motion to Extend Time to File Brief
Status as of 6/23/2025 4:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lisa Teachey | 24056416 | lteachey@dgplawfirm.com | 6/23/2025 3:09:10 PM | SENT |
| Laverne Chang | 783819 | chang@cardwellchang.com | 6/23/2025 3:09:10 PM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 6/23/2025 3:09:10 PM | SENT |
| Mary Markantonis | 12986800 | mmarkantonis@dgplawfirm.com | 6/23/2025 3:09:10 PM | SENT |
| Dean Pappas | 15454375 | dpappas@dgplawfirm.com | 6/23/2025 3:09:10 PM | SENT |
| Andrew Bruce | 24113627 | serv.andrew@mf-txlaw.com | 6/23/2025 3:09:10 PM | SENT |
| Russell Morris | 24099150 | serv.russell@mf-txlaw.com | 6/23/2025 3:09:10 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 6/23/2025 3:09:10 PM | SENT |
| Pablo Franco | 24121625 | serv.pablo@mf-txlaw.com | 6/23/2025 3:09:10 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 6/23/2025 3:09:10 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 6/23/2025 3:09:10 PM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 6/23/2025 3:09:10 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 6/23/2025 3:09:10 PM | SENT |